IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 2/1/19
TIME: 11:00 AM
INITIALS: JPW

| | |
|---|---|
| CHRISTI C. FREE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15-2404 |
| ) | |
| FEDERAL EXPRESS CORPORATION, ) | |
| ) | |
| Defendant. ) | |

VERDICT FORM

PLEASE READ ALL OF THE QUESTIONS AND INSTRUCTIONS CAREFULLY BEFORE YOU BEGIN ANSWERING THE QUESTIONS BELOW

We, the jury, unanimously find as follows:

**Question 1**

Has Plaintiff, Christi C. Free ("Free"), proven by a preponderance of the evidence that Defendant Federal Express Corporation ("FedEx") intentionally discriminated against her because of her gender when FedEx did not select her for the position of GOC Manager in April 2013?

YES _____    NO ___X___

[If you answered **YES** to Question 1, please proceed to Question 2. If you answered **NO** to Question 1, your Foreperson should sign the Verdict Form and you should not answer any more questions.]

**Question 2**

Has Free proven by a preponderance of the evidence that she suffered damages that were proximately caused by FedEx?

YES _____     NO _____

[If you answered **YES** to Question 2, please proceed to Question 3. If you answered **NO** to Question 2, your Foreperson should sign the Verdict Form and you should not answer any more questions.]

**Question 3**

What is the amount of damages to which Free is entitled?

AMOUNT: $_____

*[Signature]*
FOREPERSON

2/1/2019
DATE

2